McMANN, WARDEN, ET AL. *v*. ROSS ET AL.

No. 153.   Decided December 8, 1969

*Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Lillian Z. Cohen* and *Brenda Soloff,* Assistant Attorneys General, for petitioners.

*Thomas D. Barr* for respondent Ross.

*Frank S. Hogan, pro se,* and *Michael R. Juviler* for the District Attorney of New York County as *amicus curiae* urging reversal.

PER CURIAM.

Upon consideration of the suggestion of mootness by reason of the death of respondent Ross the judgment of the Court of Appeals, as to Ross, is vacated and the case as to him is remanded to the United States District Court for the Eastern District of New York with directions to dismiss the petition for writ of habeas corpus as moot.